UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Plaintiff, <br> v. <br><br> UNITED STATES FEDERAL RESERVE BOARD et al., <br><br> Defendants. | CASE NO. 2:22-cv-00839-LK <br><br> ORDER OF DISMISSAL |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable S. Kate Vaughan, United States Magistrate Judge, Dkt. No. 2, and Plaintiff John Robert Demos, Jr.'s objections to the R&R, Dkt. No. 3.

On June 14, 2022, Demos filed an application for leave to proceed in forma pauperis and a proposed 42 U.S.C. § 1983 complaint. Dkt. Nos. 1, 1-1. On August 3, 2022, Judge Vaughan issued the R&R recommending that the Court deny Demos's application and dismiss the proposed complaint in accordance with this Court's standing bar orders. Dkt. No. 2. On August 9, 2022, Demos filed objections to the R&R. Dkt. No. 3.

ORDER OF DISMISSAL - 1

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

Demos is well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See, e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993). Demos's sole objection is that the case should have been transferred to a different district under 28 U.S.C. § 1406(a) "due to the nature of the claim." Dkt. No. 3 at 1. However, under 28 U.S.C. § 1406(a), the Court may only transfer venue "if it be in the interest of justice." It is not in the interest of justice to transfer a matter that "is frivolous or was filed in bad faith." *Amity Rubberized Pen Co. v. Mkt. Quest Grp. Inc.*, 793 F.3d 991, 996 (9th Cir. 2015). As Judge Vaughan correctly noted, Dkt. No. 2 at 2, Demos has already filed three in forma pauperis applications and proposed actions in 2022, thus violating this Court's standing bar order limiting him to three in forma pauperis applications and proposed actions per calendar year. *See In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992). He has also violated 28 U.S.C. § 1915(g), which states: "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Given Demos's particular history, the receiving court would be required to dismiss because the claims in his complaint do not plausibly allege any "imminent danger of serious physical injury," regardless of where his case was transferred. *See* Dkt. No. 1-1 (alleging

ORDER OF DISMISSAL - 2

"imminent danger, as the U.S. drop off from the gold standard will lead to an economic depression, ushering in the mark of the beast[.]"). Finally, the complaint does not appear to present any viable claims. It therefore follows that the Court is required to dismiss this case. 28 U.S.C. § 1406(a). Because Demos filed this action in spite of the Court's bar orders and the three-strikes rule, 28 U.S.C. § 1915(g), and because his complaint is frivolous, the Court finds that transfer is not in the interest of justice.

Therefore, the Court, having considered the R&R, Demos's objections, and the remaining record, ORDERS as follows:

1. The Court ADOPTS the Report and Recommendation, Dkt. No. 2.

2. Demos's application to proceed in forma pauperis, Dkt. No. 1, is DENIED.

3. This action is DISMISSED without prejudice.

4. The Clerk shall administratively CLOSE this matter.

5. The Clerk is DIRECTED to send copies of this Order to Demos and to Judge Vaughan.

Dated this 13th day of October, 2022.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 3